IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

W/R FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 13 2004
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Anthony T. McGowan #104169

V.                                      2:04CV00045 JTR

Greg Harmon                             DEFENDANT

## Motion To Dismiss

On Mar 01 2004, a federal Habeas Petition was originally filed in above UNITED STATES DISTRICT Court (Eastern District) under CIVIL ACTION NO: 2:04CV00045 JTR And Assign to District Judge Wilson and to Magistrate Judge Ray

On Mar 04 2004 United States Magistrate Judge order the Court Clerk to redesignate my §2254 Habeas action as a §1983 Civil Rights action Requesting Damages.

On March 23 2004 and ORDER was FILED for Plaintiff To Proceed in forma Pauperis and Draft my 1983 action on the appropriate form. The Court denyed PlAiniff's IFP application without Prejudice.

I was Ordered to file in forma Pauperis and re-submit complaint on appropriate §1983 form within fifteen days

Plaintiff Hear By State That The fifteenth day order will not and Cannot Be Meet. However, Plaintiff will Bring forth his Complaint to a lower Court Arkansas State Claims Commission.

Therefore Plaintiff Hear By Beg And Ask This

Honorable Court, To Dismiss Civil Action # 2:04CV-00045 JTR without Prejudice.

*[signature]*
Anthony T. McGowen
PLAINTIFF